IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMES F. BROWN                                                                                    PETITIONER

VS.                                              CASE NO. 06-CV-1011

KEN JONES, Sheriff                                                                              RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed on October 3, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 10). Ten (10) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the magistrate judge's findings and recommendations.

The Court finds that the Petitioner has failed to assert his pending claims and defenses in his ongoing state criminal prosecution. Since Petition has failed to exhaust his available state remedies, this Court will refrain from interfering with the ongoing state prosecution.

Accordingly, the Court finds that the Petitioner's pending petition should be and hereby is dismissed without prejudice to afford Petitioner an opportunity to exhaust all available state remedies.

IT IS SO ORDERED, this 8th day of November, 2006.

                                                                         /s/Harry F. Barnes
                                                                        Hon. Harry F. Barnes
                                                                         United States District Judge